**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| BRYAN OXLEY, | ) | Case No.: 3:25-cv-203 |
| Plaintiff, | ) | Judge Thomas M. Rose |
| v. | ) | |
| THE HOSPITALITE GROUP, *et al.*, | ) | **ORDER OF DISMISSAL: TERMINATION ENTRY** |
| Defendants. | ) | |

The Court having been advised by counsel for the Parties that this matter has been settled, and counsel for the parties having provided approval to enter a conditional dismissal, **IT IS ORDERED** that this action is hereby **DISMISSED**, with prejudice as to the Parties, provided that any of the Parties may, upon good cause shown within 60 days, reopen the action if settlement is not consummated.

Prior to the end of the timeframe to reopen this action, the Parties may submit a substitute Judgment Entry once settlement is consummated. Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994), and incorporate appropriate language in any substituted judgment entry. The undersigned also requires that, if the Parties intend to preserve this Court's jurisdiction, then they must submit to the Court a copy of the fully-executed settlement agreement (either by filing it on the docket or emailing it to chambers).

**IT IS SO ORDERED**.

s/Thomas M. Rose
Honorable Thomas M. Rose
United States District Judge